**EXHIBIT 2**

1  C. Darryl Cordero, Bar No. 126689
   cdc@paynefears.com
2  Scott O. Luskin, Bar No. 238082
   sol@paynefears.com
3  PAYNE & FEARS LLP
   1100 Glendon Avenue, Suite 1250
4  Los Angeles, California 90024
   Telephone: (310) 689-1750
5  Facsimile: (310) 689-1755

6  Attorneys for Plaintiff Craftwood II, Inc.,
   dba Bay Hardware, individually and as
7  representative of all others similarly situated

8

9                  **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

11 | Craftwood II, Inc., *et al.* ,        | Case No. 8:17-cv-00606 (DOC) (KES)

12 |                Plaintiff,             | Hon. David O. Carter

13 |        v.                            | **Plaintiff Craftwood II, Inc.'s First Set of Interrogatories to Defendant Wurth Louis & Company**

14 | Wurth Louis & Company, *et al.*,

15 |                Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)*
PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

In accordance with Federal Rule of Civil Procedure 33, Plaintiff Craftwood II, Inc., hereby requests that Defendant Wurth Louis & Company responds in writing and under oath to the following interrogatories within 30 days of service hereof.

**DEFINITIONS**

The definitions set forth below shall be used for purposes of these interrogatories:

1.      "CRAFTWOOD FAXES" mean the documents attached as Exhibits "1" through "10" to the Complaint filed in this action.

2.      "ESTABLISHED BUSINESS RELATIONSHIP" or "EBR" has the same meaning as used in 47 U.S.C. § 227(a)(2).

3.      "JUNK FAX" or "JUNK FAXES" mean any and all documents or materials sent or transmitted via facsimile transmission, from April 4, 2013, through the date You respond to these interrogatories that: (1) are identical or similar to the CRAFTWOOD FAXES; (2) discuss, describe, promote products or services offered by Wurth Louis & Company or under any Wurth Louis & Company brand; (3) discuss, describe, promote any website of Wurth Louis & Company or any Wurth Louis & Company brand; or (4) include any combination of the foregoing.

4.      "LIST" or "LISTS" means any spreadsheet, compilation, record, or other list that was used in connection with the sending of a Junk Fax.

5.      "PERSON" or "PERSONS" means and includes a natural person, trust, association, partnership, joint venture, corporation or other form of legal entity, or any of the foregoing, but excepting Defendant.

6.      "PRIOR EXPRESS INVITATION OR PERMISSION" or "PEP" has the same meaning as used in 47 U.S.C. § 227(a)(5).

7.      "SENDER" or "SENDERS" means any person or entity as defined in 47 C.F.R. § 64.1200(f)(10).

8.      "TCPA" means the Telephone Consumer Protection Act of 1991, including as amended by Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, and

-2-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

any and all regulations or orders promulgated thereunder by the Federal Communications Commission.

9.    "YOU," "YOUR," "DEFENDANT" or "WURTH" refers to Defendant Wurth Louis & Company.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify (by name, last known home and business address and telephone number, job title and by whom employed at the time) each PERSON who was involved in, participated in, or had any role in any decision or approval of any decision to create or proceed with advertising or promotional campaigns involving a JUNK FAX.

**INTERROGATORY NO. 2:**

For each JUNK FAX, identify (by name, last known home and business address and telephone number, job title and by whom employed at the time) each PERSON who was involved in, participated in, or had any role in any decision or approval of any decision, to proceed with its transmission.

**INTERROGATORY NO. 3:**

For each JUNK FAX, explain each step in the process of the sending of the JUNK FAX, including the composition or creation of the content, format, lay-out, artwork, opt-out notice, and header information of the JUNK FAX, the selection of the LIST to be used to send the JUNK FAX, and the transmission of the JUNK FAX.

**INTERROGATORY NO. 4:**

Separately for each JUNK FAX, identify (by name, last known home and business address and telephone number, job title and by whom employed at the time) each PERSON who participated in or was involved in the creation and sending of the JUNK FAX, and describe the nature of that PERSON'S participation or involvement.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

-3-

**INTERROGATORY NO. 5:**

Separately for each JUNK FAX, describe how and when the LISTS used to send the JUNK FAX were compiled.

**INTERROGATORY NO. 6:**

Separately for each JUNK FAX, state how YOU obtained the facsimile telephone numbers to which the JUNK FAX was sent or attempted to be sent.

**INTERROGATORY NO. 7:**

Separately for each JUNK FAX, identify (by name, last known home and business address and telephone number and relationship to YOU) each SENDER.

**INTERROGATORY NO. 8:**

Separately for each JUNK FAX, identify each PERSON whom YOU contend provided PRIOR EXPRESS INVITATION OR PERMISSION to be sent the JUNK FAX.

**INTERROGATORY NO. 9:**

For each PERSON identified in response to Interrogatory No. 8, describe (including date, nature and content of) the communications by which such PERSON provided PRIOR EXPRESS INVITATION OR PERMISSION.

**INTERROGATORY NO. 10:**

Identify (by name, last known home and business address and telephone number, job title and by whom employed at the time) each PERSON with knowledge of any facts stated in response to Interrogatory No. 9.

**INTERROGATORY NO. 11:**

Separately for each JUNK FAX, identify (by name, facsimile telephone number and last known business address and telephone number) each PERSON with whom YOU contend YOU had an ESTABLISHED BUSINESS RELATIONSHIP at the time the JUNK FAX was sent or attempted to be sent.

**INTERROGATORY NO. 12:**

For each PERSON identified in response to Interrogatory No. 11, state the

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

-4-

circumstances of how and when the ESTABLISHED BUSINESS RELATIONSHIP was commenced.

**INTERROGATORY NO. 13:**

At the time each JUNK FAX was sent, identify (by name, last known home and business address and telephone number, job title and by whom employed) each PERSON who was primarily responsible for YOUR compliance or attempted compliance with the TCPA.

**INTERROGATORY NO. 14:**

State any and all policy changes, or any remedial, corrective or disciplinary measures taken by YOU or on YOUR behalf regarding the sending of facsimile transmissions after YOU received notice of this lawsuit.

**INTERROGATORY NO. 15:**

If YOUR answer to any request for admission served concurrently with these interrogatories is anything other than an unqualified admission, state all facts YOU contend support your answer.

DATED: September 28, 2017          PAYNE & FEARS LLP


By: _____
         /s/ Scott O. Luskin
                SCOTT O. LUSKIN

Attorneys for Craftwood II, Inc.,
individually and as representative of all
others similarly situated

4853-1816-7119.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

-5-

## PROOF OF SERVICE

**Craftwood II v Wurth Louis & Company**
**United States District Court, Central District of California, Southern Division**
**8:17-cv-00606 (DOC) (KES)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On September 28, 2017, I served true copies of the following document(s) described as **Plaintiff Craftwood II, Inc.'s First Set of Interrogatories to Defendant Wurth Louis & Company** on the interested parties in this action as follows:

| | |
|---|---|
| Livia M. Kiser | Attorneys for Defendant |
| lkiser@sidley.com | Wurth Louis and Company |
| Courtney A. Hoffmann | |
| choffmann@sidley.com | |
| Raechel Bimmerle | |
| rbimmerle@sidley.com | |
| Tom Kayes | |
| tkayes@sidley.com | |
| SIDLEY AUSTIN LLP | |
| One South Dearborn | |
| Chicago, IL 60603 | |
| Tel: (312) 853-7000 | |
| Fax: (312) 853-7036 | |
| | |
| Michael L. Mallow | Attorneys for Defendant |
| mmallow@sidley.com | Wurth Louis and Company |
| SIDLEY AUSTIN LLP | |
| 555 West Fifth Street, Suite 4000 | |
| Los Angeles, California 90013 | |
| Tel.: (213) 896-6666 | |
| Fax: (213) 896-6600 | |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2017, at Irvine, California.

Janet Jackson

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750