**EXHIBIT 7**

| | |
|---|---|
| From: | Kayes, Tom |
| To: | Scott O. Luskin; Leilani L. Jones |
| Subject: | RE: Wurth Rog Responses |
| Date: | Monday, November 27, 2017 2:41:48 PM |

Scott and Leilani-

Thanks for chatting. Here is my understanding of what we agreed on re: your first set of interrogatories. Let me know if your notes differ.

1. We will respond to interrogatories 1 – 14 in exchange for your agreement that we have not waived our objection that you have asked too many interrogatories. If you serve additional interrogatories, we will not answer them based on this objection.

2. We are not waiving our other objections (i.e., burden, scope) and will provide responses limited per those objections.

3. I will do my best to serve amended responses by 12/11. I will let you know when I get authority to make this a hard date.

**TOM KAYES**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com
www.sidley.com

**From:** Luskin, Scott O. [mailto:SOL@paynefears.com]
**Sent:** Monday, November 27, 2017 4:02 PM
**To:** Kayes, Tom <tkayes@sidley.com>; Jones, Leilani L. <LLJ@paynefears.com>
**Subject:** RE: Wurth Rog Responses

I think it's supposed to be 8278

**Scott O. Luskin**
Partner

**PAYNE & FEARS**

PAYNE & FEARS LLP  •  1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764  •  Main 310.689.1750  •  Fax 310.689.1755
www.paynefears.com  •  email: sol@paynefears.com

**From:** Kayes, Tom [mailto:tkayes@sidley.com]
**Sent:** Monday, November 27, 2017 2:00 PM
**To:** Jones, Leilani L.; Luskin, Scott O.
**Subject:** RE: Wurth Rog Responses

Leilani,

I'm dialing in but it tells that this "callsource number has been disconnected."

??

**TOM KAYES**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com
www.sidley.com

**From:** Jones, Leilani L. [mailto:LLJ@paynefears.com]
**Sent:** Monday, November 27, 2017 12:50 PM
**To:** Luskin, Scott O. <SOL@paynefears.com>; Kayes, Tom <tkayes@sidley.com>
**Subject:** RE: Wurth Rog Responses

Here's the call in information for everyone.

Dial in: 1-888-221-9278
Code: 8013976

Thanks!

Lani

**Leilani L. Jones**
Attorney



4 Park Plaza, Suite 1100, Irvine, CA 92614
Main 949.851.1100 • Direct 949.797.1217 • Fax 949.851.1212
www.paynefears.com • email: LLJ@PayneFears.com

---

**From:** Luskin, Scott O.
**Sent:** Monday, November 27, 2017 10:24 AM
**To:** Kayes, Tom
**Cc:** Jones, Leilani L.
**Subject:** RE: Wurth Rog Responses

4 central/2 pacific will work.

Scott

**Scott O. Luskin**
Partner



PAYNE & FEARS LLP • 1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764 • Main 310.689.1750 • Fax 310.689.1755
www.paynefears.com • email: sol@paynefears.com

---

**From:** Kayes, Tom [mailto:tkayes@sidley.com]
**Sent:** Monday, November 27, 2017 9:22 AM
**To:** Luskin, Scott O.
**Cc:** Jones, Leilani L.
**Subject:** RE: Wurth Rog Responses

Does that range work for you?

**TOM KAYES**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com
www.sidley.com

> **From:** Kayes, Tom
> **Sent:** Wednesday, November 22, 2017 6:22 PM
> **To:** 'Luskin, Scott O.' <SOL@paynefears.com>
> **Cc:** Jones, Leilani L. <LLJ@paynefears.com>
> **Subject:** RE: Wurth Rog Responses
>
> Thanks for checking in. A very scary day, but all is well now. I'm free between 2 and 4:30 pm CST on Monday. Can we speak then?
>
> Enjoy your holidays,
>
> **TOM KAYES**
> Associate
>
> **SIDLEY AUSTIN LLP**
> One South Dearborn
> Chicago, IL 60603
> +1 312 853 3293
> tkayes@sidley.com
> www.sidley.com
>
> **From:** Luskin, Scott O. [mailto:SOL@paynefears.com]

**Sent:** Wednesday, November 22, 2017 11:42 AM
**To:** Kayes, Tom <tkayes@sidley.com>
**Cc:** Jones, Leilani L. <LLJ@paynefears.com>
**Subject:** Wurth Rog Responses

Tom,

I hope everything went well at the hospital yesterday, and your daughter is back home safe and sound.  Let us know when early next week we can meet and confer on Wurth's interrogatory responses.

Have a Happy Thanksgiving.

Scott

**Scott O. Luskin**
Partner



PAYNE & FEARS LLP  •  1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764  •  Main 310.689.1750  •  Fax 310.689.1755
www.paynefears.com  •  email: sol@paynefears.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*