**EXHIBIT 8**

| | |
|---|---|
| **From:** | Kayes, Tom |
| **To:** | Darryl Cordero; Scott O. Luskin; Leilani L. Jones |
| **Cc:** | Kiser, Liv; Perez, Alexa K. |
| **Subject:** | RE: Bay Hardware v. Wurth Louis - Document Production |
| **Date:** | Tuesday, December 5, 2017 5:37:17 PM |

Scott & Darryl:

Thank you for your email.  To respond to your questions:

1. We are continuing to review and process documents for production. We will produce them on a rolling basis as soon as they are ready.  As you know, we indicated that we would produce ESI later this month.  We'd like to know when we can expect Bay Hardware's ESI.

2. We will be redacting identifying and financial information of our customers, as we indicated in the text our responses.  They have privacy interests we are obligated to protect.  Also, you are not entitled to such information unless and until a class is certified.

Thanks,

TOM KAYES
Associate

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com
www.sidley.com
-----Original Message-----
From: Cordero, Darryl [mailto:cdc@paynefears.com]
Sent: Tuesday, December 05, 2017 7:34 AM
To: Luskin, Scott O. <SOL@paynefears.com>; Kayes, Tom <tkayes@sidley.com>; Jones, Leilani L. <LLJ@paynefears.com>
Cc: Kiser, Liv <lkiser@sidley.com>; Perez, Alexa K. <alexa.perez@sidley.com>
Subject: RE: Bay Hardware v. Wurth Louis - Document Production

I have the same questions.  And it also appears that in addition to fax numbers, you redacted names and other identifiers of material witnesses.

_____
From: Luskin, Scott O.
Sent: Monday, December 04, 2017 9:55 PM
To: Kayes, Tom; Cordero, Darryl; Jones, Leilani L.
Cc: Kiser, Liv; Perez, Alexa K.
Subject: RE: Bay Hardware v. Wurth Louis - Document Production

Thanks Tom.

Two quick things:

1. When can we expect more documents?

2. Why are the fax numbers redacted?

Regards,

Scott

Scott O. Luskin
Partner

PAYNE & FEARS LLP
1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764 • Main 310.689.1750 • Fax 310.689.1755 www.paynefears.com
email: sol@paynefears.com

_____

From: Kayes, Tom [tkayes@sidley.com]
Sent: Monday, December 04, 2017 9:33 PM
To: Luskin, Scott O.; Cordero, Darryl; Jones, Leilani L.
Cc: Kiser, Liv; Perez, Alexa K.
Subject: Bay Hardware v. Wurth Louis - Document Production

Scott:

Attached are documents identified as WLAC 1 – 154. These documents are responsive to Bay Hardware's requests for production.

Regards,

TOM KAYES
Associate

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com<mailto:tkayes@sidley.com>
www.sidley.com<http://www.sidley.com>


****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************