# EXHIBIT 11

Case 8:17-cv-00606-DOC-KES   Document 64-11   Filed 03/09/18   Page 1 of 2   Page ID #:806

| | |
|---|---|
| **From:** | Kayes, Tom |
| **To:** | Scott O. Luskin; Darryl Cordero; Leilani L. Jones |
| **Cc:** | Perez, Alexa K.; Mallow, Michael; Kiser, Liv |
| **Subject:** | Craftwood v. Wurth - ESI Update |
| **Date:** | Thursday, December 21, 2017 12:46:33 PM |

Scott,

I want to give you an update on our ESI production efforts. We received a collection file from our client that, after several attempts, we were unable to open. The file was supposed to contain an export of potentially responsive emails and other files from the Wurth Louis and Company system. Our IT team believe the file was somehow corrupted. I spoke with the client's IT manager this morning and he believes that he needs to update the company's email software to produce a working export file. He believes he can have the update done and the new file to me by middle of next week. Once we have the new file we will review, and produce the responsive information.

Thanks,

**TOM KAYES**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 3293
tkayes@sidley.com
www.sidley.com

****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************