**EXHIBIT 18**

| | |
|---|---|
| **From:** | Scott O. Luskin |
| **To:** | Leilani L. Jones; tkayes@sidley.com; lkiser@sidley.com; alexa.perez@sidley.com; mmallow@sidley.com; Darryl Cordero |
| **Subject:** | RE: Craftwood II v. Wurth |
| **Date:** | Tuesday, February 13, 2018 11:08:59 AM |

All,

I am following up again.  I am still available on the dates below.  Please advise.

We intend to move on the outstanding issues with the document demands, production, and interrogatories at this time.  We reserve all rights regarding other outstanding discovery.

Regards,

Scott

**Scott O. Luskin**
Partner



PAYNE & FEARS LLP  •  1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764  •  Main 310.689.1750  •  Fax 310.689.1755
www.paynefears.com  •  email: sol@paynefears.com

**From:** Scott O. Luskin
**Sent:** Monday, February 12, 2018 10:49 AM
**To:** Leilani L. Jones <LLJ@paynefears.com>; 'tkayes@sidley.com' <tkayes@sidley.com>; 'lkiser@sidley.com' <lkiser@sidley.com>; 'alexa.perez@sidley.com' <alexa.perez@sidley.com>; 'mmallow@sidley.com' <mmallow@sidley.com>; Darryl Cordero <cdc@paynefears.com>
**Subject:** RE: Craftwood II v. Wurth

All,

We still have not received dates from you as requested.  I am still available the 15 and 16, and I can do the 20th as well.

Please provide dates as you previously agreed.

Regards,

Scott

**Scott O. Luskin**
Partner



PAYNE & FEARS LLP  •  1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764  •  Main 310.689.1750  •  Fax 310.689.1755
www.paynefears.com  •  email: sol@paynefears.com

**From:** Scott O. Luskin
**Sent:** Wednesday, February 7, 2018 5:18 PM
**To:** Leilani L. Jones <LLJ@paynefears.com>; tkayes@sidley.com; lkiser@sidley.com; alexa.perez@sidley.com; mmallow@sidley.com; Darryl Cordero <cdc@paynefears.com>
**Subject:** RE: Craftwood II v. Wurth

All,

We have not received dates from you regarding the informal conference with the Magistrate to which you previously agreed.  We propose February 13, 15, and 16.  Please advise your availability, and I will contact the clerk as required by the Court.

Regards,

Scott


**Scott O. Luskin**
Partner



PAYNE & FEARS LLP  •  1100 Glendon Avenue, Suite 1250, Los Angeles, CA 90024
Direct 310.689.1764  •  Main 310.689.1750  •  Fax 310.689.1755
www.paynefears.com  •  email: sol@paynefears.com

**From:** Leilani L. Jones
**Sent:** Monday, February 5, 2018 3:12 PM
**To:** tkayes@sidley.com; lkiser@sidley.com; alexa.perez@sidley.com; mmallow@sidley.com; Darryl Cordero <cdc@paynefears.com>; Scott O. Luskin <sol@paynefears.com>
**Cc:** Leilani L. Jones <llj@paynefears.com>
**Subject:** Craftwood II v. Wurth

Please see the attached letter being sent on behalf of Ms. Jones.

Thank you,

**Janet Jackson**
Assistant to Jeffrey K. Brown, Erik M. Andersen and Leilani L. Jones



PAYNE & FEARS LLP  •  4 Park Plaza, Suite 1100, Irvine, CA 92614
Direct 949.797.1229  •  Fax 949.851.1212
www.paynefears.com  •  email: jjackson@paynefears.com