**EXHIBIT 19**



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

LKISER@SIDLEY.COM
+1 312 853 7247

February 13, 2018

**Via E-mail**

Scott O. Luskin
Payne & Fears LLP
1100 Glendon Avenue
Suite 1250
Los Angeles, CA 90024

Re:   Craftwood II, Inc. d/b/a Bay Hardware v. Wurth Louis and Company

Dear Scott:

    I write to respond to your February 12, 2018, email (and the several emails before that). We were frankly surprised to receive them, given in January we notified you that we believe counsel for Craftwood II, Payne & Fears LLP ("Payne"), has a disqualifying conflict of interest a result of having represented Wurth Louis in the *Senco* case. As recently as February 7, 2018, we reconfirmed to you our position on discovery in light of the fact that this threshold issue is not yet resolved. *See* Feb. 7, 2018 e-mail from T. Kayes to S. Luskin. Indeed, you stipulated to an extension of time in the District of Colorado where a subpoena of yours is pending to afford us time to address this outstanding issue.

    As you know, we provided you an uncashed settlement check payable to Wurth Louis from the settlement in the *Senco* matter. This would seem to be conclusive evidence that Wurth Louis was a client of Payne in the *Senco* case. Three weeks later, however, we received a letter from your associate disputing Wurth Louis was actually a settlement class member client in the *Senco* case. Then, because you were (and remain) unwilling to voluntarily share information that would have conclusively resolved the question, we quickly served three subpoenas in order to obtain the information we need. Once we have that information, we will proceed accordingly.

    We understand that you want to take the discovery issues about which we have meet and conferred to the magistrate. We are likewise anxious to bring our own discovery matters before the magistrate. In short, we share your frustration and are working as quickly as we can. We observe your client has a lot of options if it truly wishes to move forward in the case. We do not understand the basis on which you contest the status of Wurth Louis as your client, and you refuse to tell us. That is the cause of the delay.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

EXHIBIT 19, Page 153

# SIDLEY

Page 2

Sincerely,

*Livia M. Kiser*

Livia M. Kiser
Partner

cc:  Counsel of Record (via email)