**EXHIBIT A**

From: Justin ▮
Sent: Friday, April 24, 2015 3:54 PM
To: ▮
Subject: Fax Flyer for 4/27 & 5/4

SysUserProp: ▮
Attachment(s): "Laminate-Portal-Announcment-FAX.pdf"

Working on the list. Will have it soon. Flyer going out 4/27 & 5/4, same flyer. Thanks.

Justin ▮
Marketing Communications Specialist

**WÜRTH | 40 YEARS**
Wurth Louis and Company

Wurth Louis and Company
896 Columbia Street
Brea  CA  92821
T (714) ▮
F (714) ▮

www.wurthlac.com