**EXHIBIT B**

| | | | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | ███ | 805 | | | | | | | | | | | | |
| 155 | ███ | 775 | | | | | | | | | | | | |
| 156 | ███ | 1-7 | | | | | | | | | | | | |
| 157 | ███ | (53 | | | | | | | | | | | | |
| 158 | ███ | 1-6 | | | | | | | | | | | | |
| 159 | ███ | 1-70 | | | | | | | | | | | | |
| 160 | 26133 BAY HARDWARE | 562-594-4054 | | | | | | | | | | | | |
| 161 | ███ | 714- | | | | | | | | | | | | |
| 162 | ███ | 1-61 | | | | | | | | | | | | |
| 163 | ███ | 559- | | | | | | | | | | | | |
| 164 | ███ | 1-66 | | | | | | | | | | | | |
| 165 | ███ | 510- | | | | | | | | | | | | |
| 166 | ███ | 1-90 | | | | | | | | | | | | |
| 167 | ███ | 1-80 | | | | | | | | | | | | |
| 168 | ███ | 1-76 | | | | | | | | | | | | |
| 169 | ███ | 1-70 | | | | | | | | | | | | |
| 170 | ███ | 1-56 | | | | | | | | | | | | |
| 171 | ███ | 1-90 | | | | | | | | | | | | |
| 172 | ███ | 1-80 | | | | | | | | | | | | |
| 173 | ███ | 1-70 | | | | | | | | | | | | |
| 174 | ███ | 775- | | | | | | | | | | | | |
| 175 | ███ | 1-70 | | | | | | | | | | | | |
| 176 | ███ | 1-65 | | | | | | | | | | | | |
| 177 | ███ | 1-91 | | | | | | | | | | | | |
| 178 | ███ | 1-71 | | | | | | | | | | | | |
| 179 | ███ | 1-76 | | | | | | | | | | | | |
| 180 | ███ | 1-40 | | | | | | | | | | | | |
| 181 | ███ | 1-40 | | | | | | | | | | | | |
| 182 | ███ | 1-66 | | | | | | | | | | | | |
| 183 | ███ | 714- | | | | | | | | | | | | |
| 184 | ███ | 1-41 | | | | | | | | | | | | |
| 185 | ███ | 1-71 | | | | | | | | | | | | |
| 186 | ███ | 1-81 | | | | | | | | | | | | |
| 187 | ███ | 209- | | | | | | | | | | | | |
| 188 | ███ | 1-71 | | | | | | | | | | | | |
| 189 | ███ | 1-85 | | | | | | | | | | | | |
| 190 | ███ | 1-94 | | | | | | | | | | | | |
| 191 | ███ | 415- | | | | | | | | | | | | |
| 192 | ███ | 562- | | | | | | | | | | | | |
| 193 | ███ | 1-61 | | | | | | | | | | | | |
| 194 | ███ | 1-80 | | | | | | | | | | | | |
| 195 | ███ | 1-81 | | | | | | | | | | | | |
| 196 | ███ | 1-31 | | | | | | | | | | | | |
| 197 | ███ | 714- | | | | | | | | | | | | |
| 198 | ███ | 510- | | | | | | | | | | | | |
| 199 | ███ | (209 | | | | | | | | | | | | |
| 200 | ███ | 1-91 | | | | | | | | | | | | |
| 201 | ███ | 310- | | | | | | | | | | | | |
| 202 | ███ | 1-42 | | | | | | | | | | | | |
| 203 | ███ | 1-56 | | | | | | | | | | | | |
| 204 | ███ | 1-76 | | | | | | | | | | | | |

COMPANY-CML30201

EXHIBIT B, PAGE 9

WLAC000159