**EXHIBIT C**



**REMIT TO:**

**10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124**

TEL: *(303) 299-9329*
FAX: *(303) 299-9309*

BILL TO:

Louis and Company
Attn: █
895 Columbia Street
Brea, CA 92821

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| ██ | 4/27/2015 | ██ |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal LOUISCO - Date: 4/27/2015 Job: BFX-62181116 Name: LAM-Portal - Lam-Portal-FaxList.csv Billing Code: | 3,475.0 | $104.29 |

*handwritten: 6780 / 529810*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**TOTAL**   104.29

Questions? Please contact accounting@westfax.com for support.   Pg.   1

EXHIBIT C, PAGE 10

WLAC000332