C. Darryl Cordero, Bar No. 126689
cdc@paynefears.com
Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
400 Continental Blvd., Suite 600
El Segundo, CA 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Plaintiff Craftwood II, Inc.,
dba Bay Hardware, individually and as
representative of all others similarly situated

Liv Kiser, Bar No. 285411
lkiser@kslaw.com
KING & SPALDING LLP
444 W. Lake Street
Suite 1650
Chicago, Illinois 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330

Michael Shortnacy, Bar No. 277035
mshortnacy@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, California 90071

Attorneys for Defendant Wurth Louis
and Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>Wurth Louis & Company, *et al.*,<br><br>    Defendant. | Case No. 8:17-cv-00606 (DOC) (KES)<br><br>Hon. David O. Carter<br><br>**Joint Exhibit List**<br><br>Pre-Trial Conf.:  November 16, 2018<br>Time:            7:30 A.M.<br>Courtroom:       9D<br><br>Trial Date:      December 4, 2018<br>Time:            8:30 A.M.<br>Courtroom:       9D |

JOINT EXHIBIT LIST

Subject to objections each party may interpose, the parties anticipate attempting to introduce the following exhibits at the trial of this matter:

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 3 | Removal with exhibits | | |
| 4 | Wurth Louis and Company's Second Supplemental Responses to Plaintiff Craftwood II, Inc.'s First Set of Interrogatories | | |
| 6 | Email from J. Makuuchi to Rob Berret re New products added to www.wurthlac.com (WLAC006045-WLAC6046) | | |
| 16 | Faxes attached to complaint (BH00001-BH000012) | | |
| 17 | Fax Logs (BH000457-BH000500) | | |
| 19 | Bay Hardware paper purchases (BH000207) | | |
| 20 | Wurth Louis Purchases (BH000334) | | |
| 21 | Screenshots of Craftwood II purchases (BH000343- BH000362) | | |
| 22 | Wurth Louis order confirmation (BH000218) | | |
| 23 | Invoices for Wurth Louis purchases (WLAC000100-WLAC000116) | | |
| 24 | Craftwood II fax of resale certificate (WLAC000094) | | |
| 25 | Fax communications between Craftwood II and Wurth Louis (WLAC000095-WLAC000099) | | |
| 31 | Westfax terms and conditions | | |
| 33 | Berrett to Nichols email Sep. 6, 2016 | | |
| 40 | Nichols to Berrett email Dec. 2, 2016 | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 44 | Nichols to numerous recipients email Dec. 7, 2015 | | |
| 52 | Minehart to Beason et al email Jan. 11, 2016 | | |
| 53 | Hull to Beason email Jan. 18, 2016 | | |
| 55 | Wurth Third Supplemental Response to Craftwood II First Set of Interrogatories (duplicative of Ex. 130) | | |
| 59 | Westfax invoices | | |
| 73 | Preservation Letter dated March 8, 2017, to Wurth Louis and Company from C. Darryl Cordero | | |
| 83 | Clark declaration | | |
| 85 | Westfax invoices | | |
| 93 | Westfax terms and conditions | | |
| 94 | Westfax terms and conditions | | |
| 99 | Westfax email to Teresa Minehart (WLAC005022) | | |
| 106 | Westfax Removal Screenshot | | |
| 131 | Westfax Customer Agreement – terms and conditions | | |
| 142 | Handwritten fax transmission list (WLAC006577-WLAC006578) | | |
| 143 | Fax packet (various Bates) | | |
| 145 | Wurth Week fax documents (WLAC001870, WLAC005427, WLAC005429-WLAC005430, WLAC005428) | | |
| 146 | Lam-Portal fax documents | | |
| 147 | Blum promo fax documents | | |
| 153 | Minehart Email 12-22-15 WLAC005927-WLAC005933) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 154 | Handwritten opt-out list (WLAC000015- WLAC000035) | | |
| 157 | Fax Flyer | | |
| 158 | Fax Flyer | | |
| 159 | Fax Flyer | | |
| 160 | Fax Flyer | | |
| 161 | Fax Flyers | | |
| 162 | Fax Flyer | | |
| 177 | Corona to Minehart email Aug 3, 2015 | | |
| 178 | Breafaxlist | | |
| 179 | Corona to Minehart email July 30, 2015 | | |
| 180 | Faxlist | | |
| 181 | Westfax invoice | | |
| 300 | Bay Hardware phone records (BH00013-BH00198) | | |
| 301 | Bay Hardware toner purchases (BH000201-BH000203) | | |
| 302 | Pictures of fax machine (BH000204-BH000206) | | |
| 303 | Bay Hardware fax-related purchases (BH000307-BH000333) | | |
| 304 | Westfax Invoices (WLAC008754-WLAC008761) | | |
| 305 | Deep Deals fax flyer (WLAC005407) | | |
| 306 | Deep Deals fax list (WLAC005406) | | |
| 307 | Deep Deals - March 5, 2015 email from Justin Corona transmitting flyer and fax list (WLAC005405) | | |
| 308 | WurthWeek fax flyer (WLAC005429-WLAC005430) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 309 | WurthWeek fax list (WLAC005428) | | |
| 310 | WurthWeek - April 6, 2015 email from Justin Corona transmitting flyer and fax list (WLAC005427) | | |
| 311 | LAM Portal fax flyer (WLAC006899) | | |
| 312 | LAM Portal fax list (WLAC005473) | | |
| 313 | LAM Portal - April 24, 2015 emails from Justin Corona transmitting flyer and fax list (WLAC005470-WLAC005472) | | |
| 314 | SCM Grand Opening fax flyer (WLAC006899) | | |
| 315 | SCM Grand Opening fax list (WLAC005484) | | |
| 316 | SCM Grand Opening -May 1, 2015 email from Justin Corona transmitting fax list (WLAC005483) | | |
| 317 | May 4 Laminate Flyer fax list (WLAC005473) | | |
| 318 | Titebond_may112015 fax flyer (WLAC005490) | | |
| 319 | Titebond_may112015 fax list (WLAC005489) | | |
| 320 | Blum Promo 5/21/15 fax flyer (WLAC005545) | | |
| 321 | Blum Promo 5/21/15 fax list (WLAC002077) | | |
| 322 | Blum Promo 5/21/15 - May 21, 2015 email from Justin Corona transmitting fax list (WLAC005544) | | |
| 323 | CA Adhesive Promo fax flyer (WLAC001055) | | |
| 324 | CA Adhesive Promo fax list (WLAC005652) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 325 | CA Adhesive Promo fax list (WLAC000638) | | |
| 326 | CA Adhesive Promo – June 1, 2015 email from Justin Corona transmitting fax flyer and fax list (WLAC005647-WLAC005653) | | |
| 327 | Titebond 8/2015 fax flyer (WLAC005818) | | |
| 328 | Titebond 8/2015 fax list (WLAC005829) | | |
| 329 | Titebond 8/2015 -  July 30, 2015 email from Justin Corona transmitting fax flyer and fax list (WLAC005816-WLAC005818) | | |
| 330 | Golf Tournament fax flyer (WLAC001189) | | |
| 331 | Golf Tournament fax list (WLAC002090) | | |
| 332 | Golf Tournament – August 3, 2015 email from Justin Corona transmitting fax list (WLAC001057-WLAC001187) | | |
| 333 | Dynabrade Promo 8/5 and 8/15 fax flyer (WLAC005820) | | |
| 334 | Dynabrade Promo 8/5 and 8/15 fax list (WLAC005829) | | |
| 335 | Dynabrade Promo 8/5 and 8/15 - July 30, 2015 email from Justin Corona transmitting fax flyer (WLAC005816-WLAC005818) | | |
| 336 | Dynabrade Promo 8/5 and 8/15 - July 30, 2015 email from Justin Corona transmitting fax flyer (WLAC005819-WLAC005820) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 337 | Sensio Discount fax flyer (WLAC005931) | | |
| 338 | Sensio Discount – December 7, 2015 email from Justin Corona transmitting fax flyer (WLAC005924) | | |
| 339 | Sensio Clearance fax flyer (WLAC005958) | | |
| 340 | Sensio Clearance fax list (WLAC002125) | | |
| 341 | Minehart Dec. 22, 2015, email Fax Blast samples (WLAC005927-WLAC005933) | | |
| 342 | Sensio Clearance – January 11, 2016 emails from Justin Corona transmitting fax flyer and fax list (WLAC005945-5946,WLAC005956) | | |
| 343 | Sensio Clearance email (WLAC5949) | | |
| 344 | Sensio Clearance email (WLAC005956-WLAC005959) | | |
| 345 | Reactivation Segment - September 14, 2016 email from Justin Corona transmitting fax list (WLAC008815-WLAC008818) and attachment produced 7-31-18 | | |
| 346 | Pickdiscount fax list (WLAC006554-WLAC006575) | | |
| 347 | Pickdiscount – November 23, 2016 email from Theresa Minehart transmitting fax flyer (WLAC006291-WLAC006293) | | |
| 348 | Dec 2016 Online Cal Promo fax flyer (WLAC006337) | | |
| 349 | Dec 2016 Online Cal Promo fax list (WLAC002094) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 350 | Dec 2016 Online Cal Promo – December 5, 2016 email from Rob Berrett transmitting fax flyer (WLAC006336-WLAC006337) | | |
| 351 | ChoiceBrandPromo fax list (WLAC002120) | | |
| 352 | ChoiceBrand Promo – December 12, 2016 email from Theresa Minehart transmitting fax flyer (WLAC008820-WLAC008821) | | |
| 353 | ReactivationwithTitebond fax flyer (WLAC000009-WLAC000014) | | |
| 354 | ReactivationwithTitebond fax list (WLAC002114) | | |
| 355 | Reactivation email (WLAC006519-WLAC006520) | | |
| 356 | Wurth's Responses to Craftwood's Request for Admissions, Set One | | |
| 357 | Wurth's Responses to Craftwood's Interrogatories, Set One | | |
| 358 | Wurth's Supplemental Responses to Craftwood's Interrogatories, Set One | | |
| 400 | Bay Hardware communications with Wurth Louis and related documents (WLAC000117- WLAC000145) | | |
| 401 | Payments received by Craftwood II for TCPA-related litigation (BH000501-BH000502) | | |
| 402 | Court docket entries, including the complaint and settlement-related filings and orders, from other TCPA cases with Craftwood-related entities as a named party:<br>• *Craftwood Lumber Company v. Interline Brands, Inc.* | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | • *Craftwood II, Inc. v. Tomy International, Inc. et al*<br>• *Craftwood Lumber Company v. Seaboard International Forest Products*<br>• *Craftwood Lumber Company v. Senco Brands, Inc.*<br>• *Craftwood Lumber Company v. CMT (USA), Inc.*<br>• *Craftwood Lumber Company v. Auburn Armature, Inc.*<br>• *Craftwood II, Inc. v. United Stationers Inc.*<br>• *Craftwood Lumber Company v. B.E. Atlas Company, Inc.*<br>• *Craftwood Lumber Company v. Essendant, Inc. et al*<br>• *Alpha Tech Pet, Inc. v. Lagasse, LLC (Craftwood participating as a Third Party Plaintiff)*<br>• *Craftwood II, Inc. v. Generac Power Systems*<br>• *Craftwood II, Inc. v. Horizon Global Corporation*<br>• *Craftwood Lumber Company et al v. Horizon Global Corporation et al*<br>• *Craftwood II, Inc. v. Wurth Louis and Company*<br>• *Craftwood Lumber Co. v. Hardware Resources Inc.* | | |
| 403 | Summary chart of Craftwood TCPA-related litigation and approved settlement amounts, (ECF 19-3) | | |
| 404 | Craftwood II purchase agreement (BH000335-BH000342) | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 405 | Pictures of Bay Hardware store (WLAC0008972-8976) | | |
| 406 | Pictures of Bay Hardware fax machine (WLAC008977-8993) | | |
| 407 | Pictures of Bay Hardware fax tray (WLAC008994-9005) | | |
| 408 | User manual for dell-2335dn (WLAC009006-9289) | | |
| 409 | Customer statements related to consent (ECF 136-20) | | |
| 410 | Voicemail from Quintero to Wurth Louis (WLAC006546) | | |
| 411 | Sworn statements and declarations by David Brunjes (WLAC009290-9387)<br>• Brunjes, David Declaration case 1:11-cv-04462<br>• Brunjes, David Declaration case 8:15-cv-00704-JSL-DFM<br>• Brunjes, David Declaration case 1:14-cv-06866<br>• Brunjes, David Declaration case 1:14-cv-06866<br>• Brunjes, David Declaration case 1:16-cv-07865<br>• Brunjes, David Declaration case 1:16-cv-07865<br>• Brunjes, David Declaration case 1:17-cv-04105<br>• Deposition transcript case 11-cv-4462 | | |
| 412 | Lunada Bay Purchase History (WLAC008752-8753) | | |
| 413 | Bay Hardware Purchase History (WLAC008746-8751) | | |
| 414 | Craftwood's Resps. to RFA, Set 1 | | |

| Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 415 | Craftwood's Resps. to SpecRogs, Set 2 | | |
| 416 | Craftwood's Resps. to Wurth Louis's SpecRogs, Set No. 1 | | |
| 417 | Craftwood's Supp. Resps. to Rog 14 | | |
| 418 | Judge Carter's Order Denying Class Certification | | |
| 419 | Wurth Outside Sales Representative Declarations (ECF 130-19) | | |
| 420 | Letter dated May 3, 2018 from Tom Kayes to Scott Luskin, and accompanying attachments of lists | | |
| 421 | Email and accompanying lists sharing 1950 customers for Craftwood to contact to verify consent | | |
| 422 | Summary of products referenced in faxes allegedly sent to Craftwood II that Craftwood II sells (ECF 130-18) | | |
| 423 | Screenshots of Craftwood's information inputted into Wurth's SAP database (WLAC009388-9393) | | |
| 424 | Craftwood Call Log (WLAC009394) | | |
| 425 | Screenshots from Bay Hardware's public website | | |
| 426 | Screenshots from Wurth Louis and Company's public website including photos of parts ordered by Craftwood II | | |

  The parties reserve the right to amend and/or supplement this list in the Pretrial Order, and to use any exhibit identified by any other party. They further reserve the right to use other documents for rebuttal or impeachment. The parties also agree that an objection to an exhibit applies to that same exhibit, or similar version thereof, if accidentally identified within this Exhibit List.

| | | |
|---|---|---|
| 1 | DATED: October 26, 2018 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By:    /s/ Scott O. Luskin<br>C. Darryl Cordero |
| 4 | | Scott O. Luskin |

Attorneys for Plaintiff Craftwood II, Inc., dba Bay Hardware, individually and as representative of all others similarly situated

DATED: October 26, 2018   KING & SPALDING LLP LLP

By:    /s/ Liv Kiser
Liv Kiser
Michael Shortnacy

Attorneys for Defendant Wurth Louis and Company

**Certificate of Service**

I hereby certify that at the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 400 Continental Blvd., Suite 600, El Segundo, CA 90245.

On this 26th day of October, 2018, I served true copy of **Joint Exhibit List** on the interested parties in this action via the United States District Court CM/ECF system on all parties or persons requiring notice.

/s/ Scott O. Luskin

Scott O. Luskin

4821-3064-0505.1