C. Darryl Cordero, Bar No. 126689
cdc@paynefears.com
Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
400 Continental Blvd., Suite 600
El Segundo, CA 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Plaintiff Craftwood II, Inc., dba Bay Hardware, individually and as representative of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Wurth Louis & Company, *et al.*, <br><br>　　　　Defendant. | Case No. 8:17-cv-00606 (DOC) (KES) <br><br> Hon. David O. Carter <br><br> **Plaintiff Craftwood II, Inc.'s Witness List** <br><br> Pre-Trial Conf.:　November 16, 2018 <br> Time:　　　　　7:30 A.M. <br> Courtroom:　　　9D <br><br> Trial Date:　　　December 4, 2018 <br> Time:　　　　　8:30 A.M. <br> Courtroom:　　　9D |

PLAINTIFF'S WITNESS LIST

Plaintiff Craftwood II, Inc. anticipates calling the following witnesses at the trial of this matter:

| # | Name | Summary of Expected Testimony | Time Estimate |
|---|---|---|---|
| 1. | Diana Newton | Craftwood II's business, knowledge of faxing, Wurth relationship, fax ads received from Wurth, issues arising from receipt of faxes | 2.5 Hours |
| 2. | J.M. Quintero | Craftwood II's interaction with Wurth | 1 Hour |
| 3. | Tom Mauss | Wurth fax program and Wurth's knowledge of the TCPA | 1.5 Hours |
| 4. | Kathy Greene | Wurth marketing, knowledge of the TCPA and concerns about fax broadcasting, fax disclosures | 1.5 Hours |
| 5. | Barry Clark (by deposition) | Wurth relationship with Westfax, Westfax broadcasts, Westfax invoices, and Westfax terms and conditions | 1 Hour |
| 6. | Chris Nichols | Creation and sending of certain faxes | 1.5 Hours |
| 7. | Teresa Minehart | Wurth fax blasting and marketing; Wurth interaction with Westfax and recordkeeping; and Wurth sending of particular faxes to Craftwood II | 2 Hours |
| 8. | Justin Corona | Creation and sending of certain faxes different from those above | 1.5 Hours |
| 9. | Kim Schnurstein* | Westfax invoices to Wurth | 30 Minutes |

Craftwood II reserves the right to call witnesses, or present deposition testimony by witnesses, not designated herein, for the purposes of impeachment and/or rebuttal. Craftwood II also reserves the right to call witnesses designated by any other party in its case-in-chief.

| | |
|---|---|
| DATED: October 26, 2018 | PAYNE & FEARS LLP |
| | By:    /s/ Scott O. Luskin |
| |       C. Darryl Cordero |
| |       Scott O. Luskin |
| | Attorneys for Plaintiff Craftwood II, Inc., dba Bay Hardware, individually and as representative of all others similarly situated |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BLVD., SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**Certificate of Service**

I hereby certify that at the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 400 Continental Blvd., Suite 600, El Segundo, CA 90245.

On this 26th day of October, 2018, I served true copy of **Plaintiff Craftwood II, Inc.'s Witness List** on the interested parties in this action via the United States District Court CM/ECF system on all parties or persons requiring notice.

/s/ Scott O. Luskin

Scott O. Luskin

4827-6004-7737.1

-4-
PLAINTIFF'S WITNESS LIST