1  C. Darryl Cordero, Bar No. 126689
   cdc@paynefears.com
2  Scott O. Luskin, Bar No. 238082
   sol@paynefears.com
3  PAYNE & FEARS LLP
   400 Continental Blvd., Suite 600
4  El Segundo, CA 90245
   Telephone: (310) 689-1750
5  Facsimile: (310) 689-1755

6  Attorneys for Plaintiff Craftwood II, Inc.,
   dba Bay Hardware
7

8  Livia M. Kiser Bar No. 285411
   lkiser@kslaw.com
9  King & Spalding LLP
   444 W. Lake Street
10 Suite 650
   Chicago, Illinois 60606
11 Telephone: (312) 995-6333
   Facsimile: (312) 995-63303

12 Attorneys for Defendant
   Wurth Louis and Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, | Case No. 8:17-cv-00606 (DOC) (KES) |
| Plaintiff, | Hon. David O. Carter |
| v. | **Joint Stipulation to Stay Case** |
| Wurth Louis & Company, *et al.*, | |
| Defendant. | Pre-Trial Conf.: November 16, 2018<br>Time: 7:30 A.M.<br>Courtroom: 9D |
| | Trial Date: December 4, 2018<br>Time: 8:30 A.M.<br>Courtroom: 9D |

JOINT STIPULATION TO STAY CASE

On October 16, Plaintiff Craftwood II ("Craftwood") filed a motion for reconsideration of the Court's order denying class certification and requested an emergency stay pending a decision on the motion and its anticipated Rule 23(f) petition.  The Court denied the application for an emergency stay, but was willing to further consider a stay at the parties' upcoming pre-trial conference currently set for November 16, 2018.  (Dkt. 153 at 2.)

On November 1, 2018, the Court denied Craftwood's motion for reconsideration of the denial of class certification. This case is now established as a single-plaintiff claim under the Telephone Consumer Protection Act, unless reversed by the Ninth Circuit.

Craftwood's individual claim arises from approximately 18 faxes Craftwood contends were sent by Defendant Wurth Louis and Company ("Wurth Louis"), with base statutory damages of at most $9,000.  The parties agree that the value of the individual case is drastically outweighed by the cost of taking the matter to trial, and also do not wish to burden this Court and a jury with such a small matter if it can be avoided.  In addition, Wurth Louis believes that it is not financially beneficial for the company to take this matter to trial either.

The parties now request a stay to avoid the continued pre-trial expenses, trial expenses and to preserve judicial economy. Although the parties naturally disagree as to the merits of such an appeal, both parties agree that Plaintiff has a right to take one, a fact which was also acknowledged by this Court.  (Tr. 7:11-18.)

The parties therefore request that the pre-trial conference currently set for November 16, 2018, all pretrial activities currently scheduled, and the trial be continued or taken off-calendar in order for Plaintiff to be able to present its appeal

-2-

to the Ninth Circuit Court of Appeal as is its right at this point in the case.

     So Stipulated.

DATED: November 2, 2018     PAYNE & FEARS LLP

By: */s/ Scott O. Luskin*

C. Darryl Cordero
Scott O. Luskin
*Attorneys for Plaintiff, Craftwood II., Inc.*

DATED: November 2, 2018     KING & SPALDING LLP

By: */s/ Livia M. Kiser*

Livia M. Kiser
*Attorneys for Defendant Wurth Louis and Company*

4815-4811-2506 v.1