JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br>     Plaintiff, <br>   v. <br> Wurth Louis & Company, *et al.*, <br>     Defendant. | Case No. 8:17-cv-00606 (DOC) (KES) <br> Judge David O. Carter <br> **Order to Stay Case [166]** <br><br> Pre-Trial Conf.: November 16, 2018 <br> Time: 7:30 A.M. <br> Courtroom: 9D <br><br> Trial Date: December 4, 2018 <br> Time: 8:30 A.M. <br> Courtroom: 9D |

ORDER TO STAY CASE

After reviewing the parties' stipulation, and for good cause showing, the Court hereby stays the case. The pre-trial conference set for November 16 and trial set for December 4 (and all activities related thereto for which there are deadlines) are hereby vacated until further notice.

IT IS SO ORDERED.

Dated: November 6, 2018

Hon. David O. Carter
Judge, United States District Court