## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Craftwood II, Inc.

PLAINTIFF(S)

v.

Wurth Louis and Company et al

DEFENDANT(S)

CASE NUMBER

SACV17-606 DOC (KESx)

**NOTICE OF CLERICAL ERROR**

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:   Affidavit

Filed date:   November 5, 2018   Document Number(s):   168

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 16-05, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Document #168 docketed in this case in error.

CLERK, U.S. DISTRICT COURT

Date:   November 7, 2018

By:  Trina DeBose (714) 338-4568

Deputy Clerk